UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-

NOV 3 0 2021

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JAMES GARNER**, Plaintiff, | ) ) ) ) |
| v. | ) No. 2:21-cv-00348-PPS-APR ) |
| THOMAS McDERMOTT, **City of Hammond Mayor**, et al., Defendants, | ) ) Chief Judge Philip P. Simon ) ) ) |

## PLAINTIFF'S MOTION TO RECONSIDER NOVEMBER 18, 2021 CASE DISMISSAL ORDER AND COMPLY WITH THE GREAT CONSTITUTION OF THE UNITED STATES OF AMERICA

NOW COMES the Plaintiff, JAMES GARNER, hereby request that this Honorable Court enter an ORDER to dissolve vacate this Court's November 18, 2021 Case Dismissal ORDER, and Comply with the Constitution, in accordance with the Supreme Law of the USA and state in support thereof, as follows:

### INTRODUCTION

1.  Upon Plaintiff's information and belief, and more importantly premised upon parts of the "ABA Model Code of Professional Responsibility" and Plaintiff's RIGHTS guaranteed by the Constitution of the United States of America, *(1)* exposed LIES cannot stand and or ultimately prevail over TRUTH in any legal case pending in a courthouse anywhere in the USA, *(2)* it is clear misconduct for any lawyer to render FRAUD upon the Court in effort to obstruct JUSTICE or prevail by dishonest conduct in any Judicial Contest, and *(3)* it is a clear violation of Plaintiff's Constitutional RIGHTS, for any USA Judge to knowingly condone or ignore LYING, FRAUD, or dishonest conduct used to deprive Plaintiff of JUSTICE.

2.  Moreover, therein the Merriam-Webster Dictionary there is a definition for the word

"SUBHUMAN", which includes, implies, and or refers to the existence of a "Subhuman Being" and according to Plaintiff's religious beliefs, <u>HUMANS</u> who make mistakes/errors graciously acknowledge, correct, and atone for such mistakes/errors, while <u>SUBHUMANS</u> who make mistakes/errors usually use LIES or other dishonesty in attempt to hide or cover-up the TRUTH...that they simply made mistakes/errors; As <u>HUMANS</u> always strive to be moral beings, <u>SUBHUMANS</u> find no shame in being an immoral being...deliberately living a lie and or lying for a living.

3. Thus, despite the fact that the Plaintiff has told the TRUTH therein all pleadings filed upon this Honorable Court, for some unknown reason this District Court's "Opinion and Order" of November 18, 2021 is not supported by the Plaintiff's Complaint content, the facts, and or the Constitution;

4. Therefore, in the interest of judicial economy, Plaintiff prays that this Court will carefully read Plaintiff's Complaint, consider the following facts and grant Plaintiff's Motion, so that Plaintiff will not have to file a <u>Notice of Appeal</u> to resolve this matter in the purview of 𝔗𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰 𝔉𝔬𝔯 𝔱𝔥𝔢 𝔖𝔢𝔳𝔢𝔫𝔱𝔥 𝔆𝔦𝔯𝔠𝔲𝔦𝔱.

## FACTS

5. August 12, 2021: Plaintiff filed Federal lawsuit case number 2:21cv250, to exercise Plaintiff's First Amendment Constitutional right to "***petition the Government for redress***" pursuant to a 2017 criminal Conspiracy by multiple Defendants to violate the law and Plaintiff's Constitutional rights, in furtherance of a plot to abridge Plaintiff's First Amendment right to "***an establishment of religion, or prohibiting the FREE exercise thereof***" and or steal Plaintiff's Church property at 4 Detroit Street, Hammond, IN.

6. August 25, 2021: 𝔗𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰 𝔉𝔬𝔯 𝔱𝔥𝔢 𝔖𝔢𝔳𝔢𝔫𝔱𝔥 𝔆𝔦𝔯𝔠𝔲𝔦𝔱 DECIDED that "Federal cases involving <u>claims that are *INDEPENDENT* from a State-Court Judgment</u>, however,

obviously fall outside of *Rooker-Feldman*'s purview"; Therein, **Andrade v. Hammond**, Number 20-1541, District Number 19CV430, District Judge Theresa L. Springman. (*SEE attached "G"-Law Office- EXHIBIT-#1*)

7.   August 27, 2021:   After careful review of Plaintiff's Federal lawsuit case number 2:21cv250 COMPLAINT which includes facts plus claims therein **parts #1-#8** that are EXACTLY the same as such parts therein Plaintiff's Federal lawsuit case number 2:21cv348 COMPLAINT, Federal District Judge Springman obviously *(1)* found that Plaintiff had "standing", *(2)* determined that Plaintiff's "claims" had merit, *(3)* determined that Plaintiff had "stated a claim on which relief can be granted", and thus, *(4)* Judge Springman "DIRECTED the Clerk of Court to request Waiver of Service from the Defendants..."

8.   November 2, 2021:   After Plaintiff had been subjected to multiple attacks by multiple Federal lawsuit case number 2:21cv250 Defendants including an intimidating harassing embarrassing ILLEGAL November 2, 2021 State Kangaroo Court NOTICE taped to Plaintiff's Church front door by Defendant Richard James Dawson, unknown Hammond Cops violated Plaintiff's Constitutional rights AND these willful wanton **un-Constitutional retaliatory attacks** led to Plaintiff's decision to file Federal lawsuit case number 2:21cv348 COMPLAINT on November 8, 2021.

9.   November 8, 2021:   The heart of Federal lawsuit case number 2:21cv348, consists of illegal retaliation related facts plus claims therein COMPLAINT **parts #9-#22**, many of which, were as a result of the EXISTENCE of Plaintiff's Federal lawsuit case number 2:21cv250 AND thus, such illegal retaliation related claims would have led to this action(*case-# 2:21cv348*), EVEN if the 2019 illegally manufactured State Lake Circuit Court tax case 45C01-2011-TP-001212 NEVER EXISTED.

## LEGAL STANDARD PURSUANT TO THE SUPREME USA LAW

10.  Under the Constitution of the United States Constitution, which begins with "WE THE PEOPLE"; An unconstitutional act is not law; No one is bound to obey an unconstitutional law and no Courts are bound to enforce it; In our great country, no one is above the law and each Citizen is guaranteed certain RIGHTS guaranteed under the Constitution of the United States of America.

## PLAINTIFF'S ARGUMENT(S):
ADDRESSING, IN ORDER, MANY ISSUES RAISED THEREIN CHIEF JUDGE SIMON'S NOVEMBER 18, 2021-"OPINION AND ORDER"

11.  PAGE -#1/paragraph -#1:  *"Garner....filed this action against Thomas McDermott....to challenge those tax proceedings."* Plaintiff doesn't understand how this Court determined that Defendant Mayor McDermott is somehow involved in "*...those tax proceedings*", unless this Court is suggesting that this Court is aware that McDermott's wife unethically wrongfully presides over illegal "*tax proceedings*" for properties that her husband McDermott's subordinates are simultaneously illegally targeting plus attacking to usurp or oust Plaintiff and Plaintiff's Church from 4 Detroit Street property. Nevertheless, the TRUTH is that Plaintiff "*filed this action*"/Federal lawsuit case number 2:21cv348, specifically COMPLAINT **parts #9-#22**, to address the multiple escalating illegal un-Constitutional attacks against Plaintiff in RETALIATION for Plaintiff's <u>Federal lawsuit case number 2:21cv250 that was filed to address Constitutional violations **that began in 2017**</u> AND thus, "*challenging*" the **2019 <u>manufactured State Court "*tax proceedings*"</u>**(*tax case 45C01-2011-TP-001212*) is not the reason for EITHER Hammond Division Federal case filed in 2021 by Plaintiff;

12.  Moreover, for example, IF Plaintiff had learned in **2017** that Plaintiff's Constitutional rights were being violated by unjust tax bills being manufactured to abridge Religion related rights and Plaintiff had filed a Federal lawsuit in **2017**, there clearly would have been a <u>second lawsuit</u> IF Defendants

plus new conspirators began illegally retaliating to abridge Plaintiff's Constitutional right to maintain the <u>first lawsuit</u>; Otherwise, no poor USA Citizen could afford to exercise their right to file a lawsuit, IF such lawsuit resulted in an "<u>OPEN-SEASON</u>" on a Plaintiff that includes being subjected to various types of illegal intimidating attacks by Defendants that have the power wherewithal to **misuse litigation** to punish USA Citizens and illegally ATTACK/coerce them to abandon or drop litigation against the powerful. Which is clearly un-American and un-Constitutional. (***SEE** <u>attached</u> "G"-Law Office-* ***EXHIBIT-#2**["FRAUD ATTORNEYS USING COURTS TO STEAL"],* **EXHIBIT-#3**[<u>FRIVOLOUS LITIGATION WRONGFULLY USED TO ATTACK CITIZENS EXERCISING THEIR CONSTITUTIONAL RIGHTS</u>]*, & **EXHIBIT-#4**[POWER MOTIVATING PUBLIC OFFICIALS TO BE CORRUPT]*)

13.   PAGE -#2/paragraph -#1:   "...*Garner's <u>Complaint</u> is subject to **dismissal** BECAUSE he does not show that he has the capacity["**<u>STANDING</u>**"] to prosecute the case AND BECAUSE the exercise of jurisdiction["**<u>The Tax Injunction Act</u>**" & "**<u>Rooker-Feldman doctrine</u>**"] appears to be BARRED based on the subject matter*.";

14.   "STANDING"-issue; Plaintiff HAS "STANDING" in this action, because **(1)** Federal Judge Springmann's August 27, 2021-ORDER resolved "STANDING"-issue(*SEE "**FACTS**"-section herein, including paragraph-#7*) and **(2)** most importantly, the USA Constitution indicates Plaintiff always has standing to bring claims that abridge and or violate Plaintiff's rights guaranteed under the USA's Supreme Law....our great Constitution; Otherwise, States would have the tyrannical power to usurp or steal a House of Worship/Church property and thus, destroy a Church member founder's ability to carry-out Church business, including to conduct services.

15.   "THE TAX INJUNCTION ACT"-issue(*hereinafter the "Act"*); Plaintiff's claims ARE NOT barred by this "**Act**", because **(1)** this Court has determined/stated(*therein this Court's November 18, 2021-"<u>OPINION AND ORDER</u>"-PAGE -#2/paragraph -#2*), "**Garner IS NOT a party to the Lake**

*Circuit Court tax case(tax case 45C01-2011-TP-001212) he identifies in his Complaint....*"; THUS, this Court <u>admits that there IS NO adequate remedy available for Plaintiff in the State Courts</u>, as required by this "**Act**"(*SEE this Court's November 18, 2021-"<u>OPINION AND ORDER</u>"-PAGE -#3/paragraph -#2*), especially since, this Court understands Plaintiff can't afford to hire an Attorney to fight Defendants conspiracy to use the State Courts to steal Plaintiff's Church property, because this Court has GRANTED Plaintiff's "Motion to Proceed In Forma Pauperis" and *(2)* most importantly, the USA Constitution indicates Plaintiff always has standing to bring claims that abridge and or violate Plaintiff's rights guaranteed under the USA's Supreme Law....our great Constitution; Otherwise, States would have the tyrannical power to use such "**Act**" to usurp or steal a House of Worship/Church property and thus, destroy a Church member founder's ability to carry-out Church business, including to conduct services.

16. "ROOKER-FELDMAN DOCTRINE"-issue(*hereinafter the "Doctrine"*); Plaintiff's claims ARE NOT barred by this "**Doctrine**", because *(1)* on August 25, 2021, 𝕿𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘 𝕱𝖔𝖗 𝖙𝖍𝖊 𝕾𝖊𝖛𝖊𝖓𝖙𝖍 𝕮𝖎𝖗𝖈𝖚𝖎𝖙 DECIDED that "Federal cases involving <u>claims that are *INDEPENDENT* from a State-Court Judgment</u>, however, obviously fall outside of *Rooker-Feldman*'s purview"; Therein, **Andrade v. Hammond**, Number 20-1541, District Number 19CV430, District Judge Theresa L. Springman. (*SEE <u>attached</u> "G"-Law Office- EXHIBIT-#1*), *(2)* despite this Court erroneously stating, "*The injuries claimed by Garner ALL flow directly from the State Court tax proceedings AND the issuance of the Tax Deed that resulted from them*"(*SEE this Court's November 18, 2021-"<u>OPINION AND ORDER</u>"-PAGE -#4/paragraph -#2*), the TRUTH is that Plaintiff"*filed this action*"/Federal lawsuit case number 2:21cv348, specifically COMPLAINT **parts #9-#22**, to address the multiple escalating illegal un-Constitutional attacks against Plaintiff in RETALIATION for Plaintiff's <u>Federal lawsuit case number 2:21cv250 that was filed to address Constitutional violations</u> **that began in 2017** AND thus, "*challenging*" the **2019** <u>manufactured State Court "*tax proceedings*"</u>(*tax case 45C01-2011-*

*TP-001212*) is not the reason for EITHER Hammond Division Federal case filed in 2021 by Plaintiff;; and *(3)* most importantly, the USA Constitution indicates Plaintiff always has standing to bring claims that abridge and or violate Plaintiff's rights guaranteed under the USA's Supreme Law....our great Constitution; Otherwise, States would have the tyrannical power to use such "**Doctrine**" to usurp or steal a House of Worship/Church property and thus, destroy a Church member founder's ability to carry-out Church business, including to conduct services.

WHEREFORE, the Plaintiff requests that this Honorable Court *(1)* enter an ORDER to dissolve vacate this Court's November 18, 2021 Case Dismissal ORDER, *(2)* Comply with the great Constitution, in accordance with the Supreme Law of the USA, *(3)* Order the Clerk of the Court to serve Defendants with Plaintiff's Complaint, AND any other relief that this Honorable Court deems warranted.

Respectfully Submitted,

By: _____
Pro Se Plaintiff

JAMES GARNER
Pro Se Plaintiff
CK Church President
"Correct Knowledge Is Power
CHURCH Of Simplicity = Genius"
P.O. Box 4360, Chicago, Illinois 60680
EMAIL: BusinessConsult1@yahoo.com